**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 26-1059**

—————————

RYAN KEITH ANDERSON,

　　　　　Plaintiff - Appellant,

　　v.

JASON WARREN POLLARD,

　　　　　Defendant - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Elizabeth W. Hanes, District Judge.  (3:25-cv-00669-EWH-LRL)

—————————

Submitted:  May 28, 2026　　　　　　　　　　　　　Decided:  June 2, 2026

—————————

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Ryan Keith Anderson, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Keith Anderson appeals the district court's order dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Anderson v. Pollard*, No. 3:25-cv-00669-EWH-LRL (E.D. Va. Dec. 17, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*